# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. BRYANT,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. BANK, et al.,<br><br>        Defendants. | CASE NO. 1:16-cv-1688-AWI-SKO<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>**(Doc. 5)** |

## I.      INTRODUCTION

On December 8, 2016, Plaintiff filed an amended complaint against U.S. Bank, "Buckley Madole," and N.B.S. Default Services (collectively "Defendants"). (Doc. 4 ("Am. Compl.").) Plaintiff had also filed an application to proceed *in forma pauperis* (IFP) with her original complaint. (Doc. 2.) On June 13, 2017, the undersigned dismissed Plaintiff's amended complaint for failure to state a cognizable federal claim, and granted Plaintiff fourteen (14) days leave to file a second amended complaint curing the pleading deficiencies identified in the Order. (Doc. 5.) More than fourteen days have lapsed without Plaintiff having filed a second amended complaint. (*See* Docket.)

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action, with prejudice, based

on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

**Accordingly, Plaintiff is ORDERED to show cause, within fourteen (14) days of the date of service of this Order, why this action should not be dismissed for her failure comply with the Court's June 13, 2017 Order by not filing a second amended complaint within the specified period of time.** The Court further CAUTIONS Plaintiff that, if she fails to file this statement within fourteen (14) days of the date of service of this Order, the Court will recommend to the presiding district court judge that this action be dismissed, in its entirety.

The Court DIRECTS the Clerk to send a copy of this Order to Plaintiff at her address listed on the docket for this matter.

IT IS SO ORDERED.

Dated: **July 5, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE