UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION et al.,<br><br>　　　　Defendants. | No. 1:17-cv-01218-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO FILE PLAINTIFF'S COMPLAINT IN THIS CASE AS A MOTION FOR RELIEF FROM JUDGMENT IN CASE NO. 1:16-cv-01688-AWI-SKO<br><br>ORDER ADMINISTRATIVELY CLOSING THIS CASE |

　　　　On November 7, 2016, plaintiff Mary J. Bryant commenced a civil action, *Bryant v. U.S. Bank*, No. 1:16-cv-01688-AWI-SKO, in this district. After dismissing plaintiff's first amended complaint with leave to amend on June 13, 2017, *see id.*, ECF No. 5, and having received no amended complaint, the court issued an order requiring plaintiff to show cause why the action should not be dismissed due to her failure to file an amended complaint. *Id.*, ECF No. 6. Plaintiff never responded to the order to show cause, and on August 25, 2017, the court dismissed the action with prejudice for failure to comply with a court order and entered judgment against plaintiff. *See id.*, ECF Nos. 8–9.

/////

On September 11, 2017, plaintiff Bryant commenced the instant action by filing a complaint and application to proceed *in forma pauperis*. (Doc. Nos. 1, 2.) In her complaint, plaintiff references her prior federal action against U.S. Bank, and specifically asks the court to either "reinstate" the prior case or open a new case. (*See* Doc. No. 1 at 17.) Plaintiff appears to name a substantially similar group of defendants as she did in the first action, and further alleges that she was forced into hiding between January 2017 and June 2017. (*See id.* at 1–2, 17.) Plaintiff's statements suggest that she is attempting to explain her failure to respond to the court's orders entered in her previously filed action.

Having reviewed plaintiff's filings in this action and the proceedings in the prior action, the court will, in the interest of justice and to conserve judicial resources, construe plaintiff's complaint as a motion for relief from judgment to be filed in her prior action.

Accordingly,

1. The Clerk of the Court is directed to file plaintiff's complaint (Doc. No. 1) as a motion for relief from judgment in *Bryant v. U.S. Bank*, No. 1:16-cv-01688-AWI-SKO; and

2. The Clerk of the Court is further directed to administratively close this action.[1]

IT IS SO ORDERED.

Dated: **October 5, 2017**

UNITED STATES DISTRICT JUDGE

---

[1] All pending matters shall therefore be terminated.

2